FILED

09/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0315

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0315

_____

ON SIXTH AVENUE, LLC,

      Plaintiff and Appellee,

   v.                                    O R D E R

CLAYTON WAYNE RAMSEY,

      Defendant and Appellant.

_____

Appellant Clayton Wayne Ramsey was granted an extension of time to file and serve the opening brief on or before August 30, 2023. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than October 12, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties in this appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 12 2023